In the Matter of ANELLO MELLILO et al., Appellants, against FREDERICK J. H. KRACKE et al., Composing the Board of Assessors of the City of New York, et al., Respondents.

In the Matter of KAZIMIERZ KOLCZYNSKI et al., Appellants, against FREDERICK J. H. KRACKE et al., Composing the Board of Assessors of the City of New York, et al., Respondents.

In the Matter of TEDDY SKOVRONSKY, Appellant, against FREDERICK J. H. KRACKE et al., Composing the Board of Assessors of the City of New York, et al., Respondents.

Submitted November 17, 1941; decided November 27, 1941.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellants serve and file undertaking on appeal and pay ten dollars costs within ten days, in which event the motion is denied.